UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MABEE,<br><br>　　*Plaintiff,*<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　*Defendant.* | Civil Action No. 19-3448 (FYP) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 28, 2020 Minute Order, Defendant, the Federal Energy Regulatory Commission ("FERC"), and Plaintiff, Michael Mabee ("Plaintiff"), by and through their respective undersigned counsel, submit the following Joint Status Report in the above-referenced matter.

**Statement Regarding Relevant Background and Status**

1. The above-captioned case concerns three (3) Freedom of Information Act ("FOIA") requests filed by Plaintiff seeking the identities of Unidentified Registered Entities ("URE") associated with numerous FERC Notice of Penalty and related dockets.

2. On January 28, 2020, the Court issued a Minute Order ("Jan. 28th Order") directing FERC to "process a minimum of 10-15 dockets per month and…issue a response to Plaintiff's FOIA requests on the 30th day of each month…until production is complete." The Jan. 28th Order also requires FERC to file a monthly status report regarding the processing of Plaintiff's FOIA requests on the 7th day of each month and the parties to file a joint status report every third month.

3. On October 19, 2021, the Court granted FERC's Emergency Motion to Amend Order Setting Processing Schedule (ECF No. 33), the Court issued an Order amending the Jan. 28th

Order to require Defendant to complete processing of the remaining dockets by January 31, 2022, with the other aspects of the Jan. 28th Order relating to status reports remaining in place (ECF No. 35).

4. Accordingly, the Defendant and Plaintiff respectfully advise the Court as follows:

### Defendant's Status Report Regarding Processing of Dockets During November 2021 and Other Issues

### Docket RC12-7

5. On Wednesday, November 10, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-7 to certain UREs.

### Docket RC12-8

6. On Friday, November 5, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-8 to certain UREs.

7. On Tuesday, November 30, 2021, FERC staff issued a Notice of Intent to Release with respect to RC12-8 as to certain UREs.

### Docket RC12-10

8. On Friday, November 19, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-10 to certain UREs.

### Docket RC12-13

9. On Wednesday, November 10, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-13 to certain UREs.

10. On November 30, 2021, FERC staff issued a Notice of Intent to Release with respect to RC12-13 as to certain UREs.

### Docket RC12-14

11. On Wednesday, December 1, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-14 to certain UREs.

### RC12-15

12. On Tuesday, October 19, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-15 to certain UREs

13. On Tuesday, November 23, 2021, FERC staff issued a Notice of Intent to Release with respect to RC12-15 as to certain UREs.

### Docket RC12-16

14. On Wednesday, November 10, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC12-16 to certain UREs.

15. On Tuesday, November 23, 2021, FERC staff issued a Notice of Intent to Release with respect to RC12-16 as to certain UREs.

### Docket RC13-1

16. On Friday, November 19, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC13-1 to certain UREs.

### Docket RC13-2

17. On Friday, November 12, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC13-2 to certain UREs.

### Docket RC13-3

18. On Tuesday, October 19, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC13-3 to certain UREs.

19. On Wednesday, November 10, 2021, FERC staff issued a Notice of Intent to Release with respect to RC13-3 as to certain UREs.

### Docket RC13-6

20. On Friday, November 12, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC13-6 to certain UREs.

### Docket RC13-10

21. On Friday, November 5, 2021, FERC staff issued a Submitter's Rights Letter with respect to RC13-10 to certain UREs.

### *Other Issues*

22. FERC is in the process of preparing updated bates labeled documents of the various correspondence and productions issued in this matter for transmittal to Plaintiff.

23. FERC anticipates that it will complete processing of the remaining dockets by January 31, 2022, in accordance with the Court's October 19, 2021 Order.

Dated: December 7, 2021	Respectfully submitted,

By: */s/ C. Peter Sorenson*  
C. PETER SORENSON  
D.C. Bar No. 438089  
Sorenson Law Office  
PO Box 10836  
Eugene, OR 97440  
(541) 606-9173  
petesorenson@gmail.com  

*Counsel for Plaintiff*

MATTHEW M. GRAVES  
United States Attorney  
D.C. Bar 481052  

BRIAN HUDAK  
Acting Chief, Civil Division  


By: */s/ T Anthony Quinn*  
T. ANTHONY QUINN  
D.C. Bar No. 415213  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 252-2525  
Tony.Quinn2@usdoj.gov  

*Counsel for Defendant*